# LAW OFFICE OF BRIAN H. REIS

*80 Broad Street- 33rd Floor*
*New York, New York 10004*

TEL:  (212) 785-5170                    FAX:  (212) 785-5179

PLEASE DELIVER THE FOLLOWING PAGE(S) TO:

NAME:  Yuly Aronson            CO.:

DEPARTMENT:                     FILE NO.:

FAX NO.:  203-413-6232          TEL NO.:

FROM:                           DATE:  11/09/07

SUBJECT:    Aronson/Branca

TOTAL PAGES (including cover page): 2 **COMMENTS:**

Please PDF This and e-mail it to Casefilings....

THE INFORMATION CONTAINED IN THIS FACSIMILE IS ATTORNEY-PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR USE BY THE INDIVIDUAL AND/OR ENTITY NAMED ABOVE. IF THE READER OF THIS FACSIMILE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE McMAHON**

YULY ARONSON

-v-

ANTHONY BRANCA

**07 CIV 9405**

Rule 7.1 Statement

RECEIVED
OCT 19 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Plaintiff _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: 10/18/07

Signature of Attorney

Attorney Bar Code: 7843

Form Rule7_1.pdf SDNY Web 10/2007