UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
YULY ARONSON

                Plaintiff,

       - Against -

ANTHONY BRANCA,

                Defendant.

------------------------------------------------------------x

AFFIRMATION Of COUNSEL

Index No. 07 CIV 9405_____
Assigned to J. McMahon _____

STATE OF NEW YORK, COUNTY OF NEW YORK

       Brian H. Reis, an attorney at law duly admitted in the State of New York, affirms as follows

       1. I represent the Plaintiff in this matter and submit this Affirmation in Support of the Plaintiff's Request for Injunctive Relief.

       2. The Compliant in this action was filed on October 19, 2007.

       3. I immediately retained the services of Dial Courier Services, Inc. ("Dial") which is located at 64 Fulton Street, New York, NY 10038, to serve the Defendant the Summons and Complaint at his home address.

       4. Dial has advised me that it attempted to serve defendant at his home address of 48 David's Way, Bedford, NY on October 24,25,26,27 and 28 of 2007, but was unsuccessful in service.

       5. Dial was then instructed to attempt service on Defendant at his place of business at 700 Summer Street, Suite 1K, Stamford, CT and attempted to do so on October 29 and 30, 2007 but was unsuccessful in doing so.

       6. Dial has been instructed to return again to the business office of Defendant and to mail a copy of the Summons and Complaint to Defendant.

       7. I faxed the attached letter to Defendant on November 8, 2007 advising that I was filing the Request for Injunctive Relief with the Court on Friday November 9, 2007 at 1:30 PM.

8. Defendant faxed the annexed letter to me at 6:32 pm on November 8, 2007 advising that he had not received service and that he was represented by counsel.

9. Prior to filing the Complaint, Attorney Peter Goodrich had been representing Defendant in an effort to resolve the dispute. I had advised Mr. Goodrich that my client had directed me to file a Compliant in this matter and asked if he was authorized to accept service on behalf of Defendant, and I was advised by Mr. Goodrich that he was not authorized to accept service.

10. As a professional courtesy, I left two telephone messages for Mr. Goodrich on November 8, 2007 that I was instructed to file the Request for Injunctive Relief by my client and would be doing so on October 9, 2007 at this Court House at 1:30 PM..

By: _____
Brian H. Reis (7843)

# LAW OFFICE OF BRIAN H. REIS
*80 Broad Street- 33rd Floor*
*New York, New York 10004*

TEL: (212) 785-5170                                FAX: (212) 785-5179

PLEASE DELIVER THE FOLLOWING PAGE(S) TO:

NAME:  Mr. A.A. Branca, CPA                   CO.:

DEPARTMENT:                                   FILE NO.:

FAX NO.: (203 964 9828)                       TEL NO.:

FROM:                                          DATE:  11/8/07

SUBJECT:     Aronson v. Branca 07- CIV 9505

TOTAL PAGES (including cover page):

**COMMENTS:**

Dear Mr. Branca:

    I represent Mr. Aronson in the above matter. Due to a medical emergency I was unable to appear at the Court House on Monday as I had written to you previously to file for Injunctive Relief in the above matter. Please now be advised that I will be filing a Motion for Injunctive Relief, including a request for a Temporary Restraining Order tomorrow (Friday November 9, 2007) at 1:30 PM at the Southern District of New York Court House which is located at 500 Pearl Street in NYC. Respectfully, Brian H. Reis

THE INFORMATION CONTAINED IN THIS FACSIMILE IS ATTORNEY-PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR USE BY THE INDIVIDUAL AND/OR ENTITY NAMED ABOVE. IF THE READER OF THIS FACSIMILE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

```
*********************
***  TX REPORT    ***
*********************
```

TRANSMISSION OK

TX/RX NO              1738
RECIPIENT ADDRESS     912039649828
DESTINATION ID
ST. TIME              11/08 12:31
TIME USE              00'17
PAGES SENT            1
RESULT                OK

# LAW OFFICE OF BRIAN H. REIS
80 Broad Street- 33rd Floor
New York, New York 10004

TEL:  (212) 785-5170

FAX:  (212) 785-5179

PLEASE DELIVER THE FOLLOWING PAGE(S) TO:

NAME: Mr. A.A. Branca, CPA

CO.:

DEPARTMENT:

FILE NO.:

FAX NO.: (203 964 9828)

TEL NO.:

FROM:

DATE: 11/8/07

SUBJECT: Aronson v. Branca 07- CIV 9505

TOTAL PAGES (including cover page):

**COMMENTS:**

Dear Mr. Branca:

    I represent Mr. Aronson in the above matter. Due to a medical emergency I was unable to appear at the Court House on Monday as I had written to you previously to file for Injunctive Relief in the above matter. Please now be advised that I will be filing a Motion for Injunctive Relief, including a request for a Temporary Restraining Order tomorrow (Friday November 9, 2007) at 1:30 PM at the Southern District of New York Court House which is located at 500 Pearl Street in NYC.

# A. A. BRANCA & CO.
CERTIFIED PUBLIC ACCOUNTANTS

700 Summer Street, Suite 1K, Stamford, CT 06901

Tel 203-964-0833   Fax 203-964-9828

TO: Brian

FAX #: 212-785-5179

FROM: Tony B.

PAGES TO FOLLOW: _____

DATE: _____

## NOTE:

The information contained in this communication is confidential. It is intended only for the use of the addressee named above and is the property of A. A. Branca & Co., CPA. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you are not the intended recipient of this communication you are hereby notified that any dissemination, distribution, broadcast or copying of this communication is strictly prohibited.

In accordance with Internal Revenue Service rules, income tax and estate planning ideas, advice or strategies are not sent via E-mail, Fax or other written communications without proper documentation. Any and all content in this E-mail, Fax or other written communication related to income tax and estate planning ideas, advice or strategies should not and cannot be construed as an endorsement of the planning ideas, advice or strategies.

RE:

I STILL HAVE NOT BEEN SERVED + HAVE NO IDEA OF WHAT YOU ARE TALKING ABOUT PLS STOP CONTACTING ME DIRECTLY I HAVE AN ATTORNEY

/TB