11/12/2007 09:34 FAX  1 212 422 2700    F.S.A.                            ☒002/004

LAW OFFICE OF
**BRIAN H. REIS**

80 BROAD STREET- 33ʳᵈ FLOOR                          TEL (212) 785-5170
NEW YORK, NEW YORK 10004                             FAX (212) 785-5179
                                                     E-MAIL esqkape@aol.com

# MEMO ENDORSED

November 9, 2007

(Via Fax 212-805-6326)
Honorable Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street New York, NY

```
┌─────────────────────────────────┐
│ USDS SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____         │
│ DATE FILED: ___11/13/07___       │
└─────────────────────────────────┘
```

        Re:    Yuly Aronson v. Anthony Branca
               07 CIV 9405

Dear Judge McMahon:

        I represent the Plaintiff in the above matter which was assigned to Your Honor on
October 19, 2007.  On Friday November 9, 2007, my client directed me to file a request
for Injunctive Relief in this matter. Judge Sweet was serving as the Part 1 Judge on that
day and signed the enclosed Order to Show Cause.

        The Order to Show Cause sets for a hearing before Your Honor on November 15,
2007.  I will be out of the county during that entire week, and I respectfully ask that Your
Honor adjourn the hearing until my return to New York.  I will be available at any time
for the hearing beginning November 21, 2007.

        In the event that Your Honor is inclined to grant this adjournment, I ask that you
extend the Temporary Restraint Ordered by Judge Sweet until the hearing of this matter.

        Due to the timeliness of this matter and my unavailability next week, I humbly
ask that your decision be faxed to me so that my office can then advise me via e-mail of
your decision, and if it is possible, that your clerk e-mail me directly at the e-mail address
above to advise me of your decision.

        I thank you sincerely for your consideration.

                                            Very Truly Yours,

                                            Brian H. Reis

Cc: Anthony Branca (Via Fax 203-964-9828)

[handwritten: ... federal rules ... 10 days]

[handwritten: I am sorry, I cannot extend a TRO beyond ... You will have to show up for the hearing ... will ...]

[handwritten signature: Colleen McMahon  11/13/07]