UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
YULY ARONSON,                                              :
                                                           :
            Plaintiff,                                     :
                                                           :    **Case No.: 07 CIV 9405**
-Against-                                                  :
                                                           :
ANTHONY BRANCA,                                            :
                                                           :
            Defendant.                                     :
-----------------------------------------------------------------x

**Notice of Appearance**

Andrew Small, Esq., duly admitted to practice before this Honorable Court, appears in the above-captionedaction on behalf of the Plaintiff, *in addition to* The Law Office of Brian Reis, Attorney of Record, and that, henceforth, all papers, notices, pleadings, etc. be served upon both Attorney Small *in addition to* the Attorney of Record.

Dated: November 15, 2007
       New York, NY

                                          _____
                                          Andrew Small (AS-1294)
                                          A. Bruce Small PLLC
                                          **Attorney for Plaintiff**
                                          230 Park Avenue Ste. 2525
                                          New York, NY 10169
                                          Tel. 212.983.0921
                                          Fax 212.656.1037
                                          Cell: (917) 445-0495
                                          E-mail: ABSLawyer@comcast.net

To:

**Attorney of Record for Plaintiff**        **Plaintiff Anthony Branca**
Law Office of Brian Reis                    Anthony Branca
80 Broad Street 33rd Floor                  48 David's Way
New York, NY 10004                          Bedford, NY 10506
Tel. 212.785.5170                           FACSIMILE: 203.964.9828
Fax 212.785.5179

1

UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
YULY ARONSON,                                               :
                                                            :
            Plaintiff                                       :
                                                            :   **Case No.: 07 CIV 9405**
-Against-                                                   :
                                                            :
ANTHONY BRANCA,:                                            :
                                                            :
            Defendant.                                      :
-------------------------------------------------------------x

## NOTICE OF APPEARANCE

Andrew Small, Esq.
**Attorney for Plaintiff**
230 Park Avenue Ste. 2525
New York, NY 10169
Tel. 212.983.0921
Fax 212.656.1037
Cell: (917) 445-0495
E-mail: ABSLawyer@comcast.net

2