UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
YULY ARONSON,                                          :
                                                       :
                        Plaintiff                      :
                                                       :   **Case No.: 07 CIV 9405**
-Against-                                              :
                                                       :   (KMK)
ANTHONY BRANCA,                                        :
                                                       :
                                                       :   **Certificate of Service**
                        Defendant.                     :
-----------------------------------------------------------------x

On November 23, 2007, the undersigned served by Federal Express overnight (tracking no. 8627 2853 1987) the undersigned's Notice of Appearance (11/14/07) the Order of Judge McMahon (11/16/07), the Notice of Reassignment (11/19/07), and the Amended Complaint (11/20/07), upon the Attorney for the Defendant, Anthony Branca: Peter Goodrich, Esq., Goodrich & Bendish 399 Knollwood Road, Ste. 303, White Plains, NY 10603.

Dated:  November 26, 2007
        New York, NY

_____
Andrew Small, Esq. (AS-1294)
**Attorney for Plaintiff**
A. Bruce Small PLLC
230 Park Avenue Suite 2525
New York, NY 10169
Tel. 212.983.0921
Fax 212.656.1037
Mobile: 917.445.0495
E-mail: ABSLawyer@comcast.net

To:
**Attorney for Defendant**
Peter Goodrich, Esq.
Goodrich & Bendish
399 Knollwood Road, Ste. 303
White Plains, NY 10603