UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
YULY ARONSON,                              :
                                           :
       Plaintiff                       :
                                           :     **Case No.: 07 CIV 9405**
-Against-                                  :
                                           :     (KMK)
ANTHONY BRANCA,                            :
                                           :     **Certificate of Service**
                                           :
       Defendant.                      :
------------------------------------------------------------x

On November 23, 2007, the undersigned served by Federal Express overnight (tracking no. 8627 2853 2012) the Memorandum of Law dated 11/23/07 and its Exhibits upon the Attorney for the Defendant, Anthony Branca: Peter Goodrich, Esq., Goodrich & Bendish 399 Knollwood Road, Ste. 303, White Plains, NY 10603

Dated: November 26, 2007
       New York, NY

_____
Andrew Small, Esq. (AS-1294)
**Attorney for Plaintiff**
A. Bruce Small PLLC
230 Park Avenue Suite 2525
New York, NY 10169
Tel. 212.983.0921
Fax 212.656.1037
Mobile: 917.445.0495
E-mail: ABSLawyer@comcast.net

To:
**Attorney for Defendant**
Peter Goodrich, Esq.
Goodrich & Bendish
399 Knollwood Road, Ste. 303
White Plains, NY 10603