UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
YULY ARONSON,                                  :
                                               :
                    Plaintiff                  :
                                               :   **Case No.: 07 CIV 9405**
-Against-                                      :
                                               :   (KMK)
ANTHONY BRANCA,                                :
                                               :
                                               :   **Certificate of Service**
                    Defendant.                 :
---------------------------------------------------------------x

**On November 20, 2007**, the undersigned served a Notice of Hearing for November 28, 2007 at 11:00AM before the Hon. Karas at the United States Courthouse 300 Quarropas St. Courtroom 21, White Plains, NY 10601 by First Class Mail in an official repository of the United States Post Office in New York, NY upon Defendant Anthony Branca, in a properly addressed, stamped envelope to (residence) 48 David's Way Bedford Hills, NY 10507 *and* to (business) 700 Summer Street Ste. 1K Stamford, CT 06901 *and* via facsimile to Defendant's fax at 203.964.9828, which transmission was successful and for which a record thereof was made contemporaneous with the transmission.

**Also on November 20, 2007**, the undersigned served by Federal Express overnight (tracking nos. 8624 4714 0855 and 8624 4714 0874) the undersigned's Notice of Appearance (11/14/07) the Order of Judge McMahon (11/16/07), the Notice of Reassignment (11/19/07), and the Amended Complaint (11/20/07), upon the Defendant, Anthony Branca at (residence) 48 David's Way Bedford Hills, NY 10507 *and* at (business) 700 Summer Street Ste. 1K Stamford, CT 06901.

Dated: November 27, 2007
       New York, NY

_____
Andrew Small, Esq. (AS-1294)
**Attorney for Plaintiff**
A. Bruce Small PLLC
 230 Park Avenue Suite 2525
New York, NY 10169
Tel. 212.983.0921
Fax 212.656.1037
Mobile: 917.445.0495
E-mail: ABSLawyer@comcast.net

To:
**Attorney for Defendant**
Peter Goodrich, Esq.
Goodrich & Bendish
399 Knollwood Road, Ste. 303
White Plains, NY 10603

**A. Bruce Small PLLC**
**Attorneys at Law**
**230 Park Avenue Suite 2525**
**New York, NY 10169**
Tel. 212.983.0921
Fax 212.656.1037
Mobile: 917.445.0495
E-mail: ABSLawyer@comcast.net

November 20, 2007

<u>VIA FACSIMILE @ 203.964.9828</u> and First Class Mail
Anthony Branca
700 Summer Street Suite 1K
Stamford, CT 06901

Re:    <u>Aronson v. Branca</u>
       United States District Court (SDNY, Westchester) Case No. 07 CIV 9405 (KMK)

Dear Mr. Branca:

**PLEASE TAKE NOTICE** that the Order to Show Cause hearing will take place on November 28, 2007 at 11:00AM, before Judge Kenneth M. Karas, at the United States Courthouse 300 Quarropas St., Courtroom 521, White Plains, NY 10601.

You are so advised.


Very truly yours,

*[signature]*

Electronic Signature pursuant to STL §304(2)

Andrew Small, Esq.
Direct Dial 212.983.0921

*o/b/o*
 Law Office of Brian Reis
**Attorney of Record for Plaintiff**
80 Broad Street 33rd Floor
New York, NY 10004
Tel. 212.983.5170

1

Track Shipments/FedEx Kinko's Orders
## Detailed Results

(?) Quick Help

| | |
|---|---|
| Tracking number | 862447140874 |
| Signed for by | Signature release on file |
| Ship date | Nov 20, 2007 |
| Delivery date | Nov 21, 2007 1:34 PM |
| Status | Delivered |
| Signature image available | No |
| Delivered to | Residence |
| Service type | Standard Envelope |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Nov 21, 2007 | 1:34 PM | Delivered | | Left at front door. Package delivered to recipient address - release authorized |
| | 8:28 AM | On FedEx vehicle for delivery | ELMSFORD, NY | |
| | 6:51 AM | At local FedEx facility | ELMSFORD, NY | |
| | 3:52 AM | Departed FedEx location | NEWARK, NJ | |
| Nov 20, 2007 | 10:27 PM | Left origin | NEW YORK, NY | |
| | 10:27 PM | Arrived at FedEx location | NEWARK, NJ | |
| | 3:10 PM | Picked up | NEW YORK, NY | |

---

**FedEx Express US Airbill** — FedEx Tracking Number 8624 4714 0874

Form ID No. 0200 — Sender's Copy

From Date: 11/20/07
Sender's Name: Andrew Small
Phone: (212) 983-0921
Company: A. Bruce Small
Address: 230 Park Ave 2525
City: New York  State: NY  ZIP: 10169

To Recipient's Name: Anthony Branca  Phone: ( )
Recipient's Address: 48 Davids Way
City: Bedford Hills  State: NY  ZIP: 10507

4a Express Package Service: ✓ FedEx Standard Overnight

5 Packaging: ✓ FedEx Envelope

6 Special Handling — No dangerous goods

7 Payment: ✓ Sender

Total Weight: .40
Total Declared Value: .00

8 Residential Delivery Signature Options: ✓ No Signature Required

520



# FedEx

Español | Customer Support | FedEx Locations  Search [   ] Go

- Package/Envelope
- Freight
- Expedited
- Office/Print Services
- Ship ▸
- Track ▸
- Manage ▸
- Business Solutions ▸

## Track Shipments/FedEx Kinko's Orders
### Detailed Results

Printable Version   Quick Help

| | |
|---|---|
| Tracking number | 862447140885 |
| Signed for by | L.PELLEGRINO |
| Ship date | Nov 20, 2007 |
| Delivery date | Nov 21, 2007 2:25 PM |
| Status | Delivered |
| Signature image available | Yes |
| Delivered to | Receptionist/Front Desk |
| Service type | Standard Envelope |

**Wrong Address?** Reduce future mistakes by using FedEx Address Checker.

Tracking a FedEx SmartPost Shipment? Go to shipper login

| Date/Time | | Activity | Location |
|---|---|---|---|
| Nov 21, 2007 | 2:25 PM | Delivered | |
| | 8:40 AM | On FedEx vehicle for delivery | STAMFORD, CT |
| | 8:07 AM | At local FedEx facility | STAMFORD, CT |
| | 7:13 AM | Departed FedEx location | NEWARK, NJ |
| Nov 20, 2007 | 10:27 PM | Left origin | NEW YORK, NY |
| | 10:27 PM | Arrived at FedEx location | NEWARK, NJ |
| | 3:10 PM | Picked up | NEW YORK, NY |



Find locations even easier.



FedEx US Airbill — Express

Tracking Number: 8624 4714 0885   Form ID No.: 0200   Sender's Copy

**1 From**
Date: 11/20/07
Sender's Name: Andrew Small
Phone: (212) 983-0921
Company: A Bruce Small
Address: 230 Park Ave, 2525
City: New York   State: NY   ZIP: 10169

**3 To**
Recipient's Name: Anthony Branca (CPA)
Company: A.A. Branca + Co.
Recipient's Address: 700 Summer St.   1K
Address: Stamford
City: Stamford   State: CT   ZIP: 06901

4a Express Package Service — FedEx Standard Overnight

5 Packaging — FedEx Envelope

7 Payment: Sender

Total Weight: .40



Store your addresses at fedex.com