UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
YULY ARONSON,                             : Case No. 07 CIV 9405
                                          : (KMK)
                Plaintiff,       :
                                          :
    -Against-                            : Order
                                          :
ANTHONY BRANCA                            :
                                          :
                Defendant.       :
-----------------------------------------------------------x

After hearing and consideration, it is **Ordered** that, ~~pending the outcome of this action~~ until December 10, 2007, or further order of this court, the Defendant is preliminarily enjoined from the sale, conveyance, transfer, encumbrance or pledging as collateral the following:

Property of Plaintiff; property of May Construction; Bank of New York Account No. 670-2308362; Prestige Financial Center/Account No. P6GGLKIR; Smith Barney Acct. No. 147-62797-14; Smith Barney Acct. No. 147-03613-10; Smith Barney Acct. No. 578-21674; Smith Barney Acct. No. 578-22807; Smith Barney accounts held in the name of FCM Group, Inc.; property held by or in the name of Windward Holdings Corp.; property held by or in the name of Bearhill, LLC.

Enter:

        _[signature]_
    U.S.D.J.
              11/28/07.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```