NOV 1 2007

UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
YULY ARONSON,                                     :
                                                  :
                    Plaintiff                     :
                                                  :    **Case No.: 07 CIV 9405**
-Against-                                         :    **(KMK)**
                                                  :
ANTHONY BRANCA,                                   :    **ORDER UPON**
                                                  :    **STIPULATION**
                                                  :
                                                  :
                    Defendant.                    :
-----------------------------------------------------------X

Upon Stipulation of the parties to adjourn the hearing on Plaintiff's motion for a

preliminary injunction (the "motion") from December 10, 2007 to December 17, 2007 it

is hereby,

**ORDERED** that the prior briefing schedule is modified as follows: Defendant shall serve

and file his opposition by December 7, 2007; Plaintiff shall serve and file his reply

thereto by December 11, 2007, and it is further,

**ORDERED**, that by stipulation of the parties actually obtained, and irrespective of any

statute or rule to the contrary, the prior order of the court dated November 28, 2007 as to

the disposition of property (the "TRO"), incorporated herewith by reference, shall remain

in full force and effect past December 10, 2007, until further order of this court.

SO ORDERED:

_____
U.S.D.J.

11/30/02

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____