UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
YULY ARONSON,                                    :
                                                 :
                    Plaintiff                    :
                                                 :       Case No.: 07 CIV 9405
-Against-                                        :
                                                 :       (KMK)
ANTHONY BRANCA,                                  :
                                                 :
                                                 :       **Certificate of Service**
                    Defendant.                   :
------------------------------------------------------------x

**On December 11, 2007**, the undersigned served the Reply Affidavit of Yuly Aronson upon the attorney for the Defendant: Peter Goodrich, Esq. Goodrich & Bendish 399 Knollwood Road, Suite 303 White Plains, New York 10603, by First Class Mail in an official repository of the United States Post Office in New York, NY.

Dated: December 11, 2007
        New York, NY

                                    _____
                                    Andrew Small, Esq. (AS-1294)
                                    **Attorney for Plaintiff**
                                    A. Bruce Small PLLC
                                     230 Park Avenue Suite 2525
                                    New York, NY 10169
                                    Tel. 212.983.0921
                                    Fax 212.656.1037
                                    Mobile: 917.445.0495
                                    E-mail: ABSLawyer@comcast.net