```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

YULY ARONSON,

    -against-

ANTHONY BRANCA,

                      Defendant.
------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Case No. 07-CIV 9405
(KMK)

**S I R S:**

    **PLEASE TAKE NOTICE**, that the undersigned has been retained by and appears for the defendant, ANTHONY BRANCA, in the above-entitled matter, and hereby demands that copies of all papers, notices, pleadings, etc. in this action be served upon this office.

Dated: White Plains, New York
           November 30, 2007

                                       Yours, etc.

                                       Peter T. Goodrich, Esq. (PG 2443)
                                       Goodrich and Bendish
                                       Attorney for Defendant
                                       399 Knollwood Road, Suite 303
                                       White Plains, New York 10603
                                       (914) 683-8484
                                       Email: law@goodrichandbendish.com

Attorney of Record for Plaintiff
Law Office of Brian Reis
80 Broad Street – 33rd Floor
New York, NY 10004
Tel: 212.785.5170
Fax 212.785.5179