LAW OFFICE OF
**BRIAN H. REIS**

80 BROAD STREET- 33rd FLOOR
NEW YORK, NEW YORK 10004

**MEMO ENDORSED**

5170
5179
.com

December 13, 2007

(Via Fax 914-390-4152)
Honorable Judge Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    Yuly Aronson v. Anthony Branca
           07 CIV 9405

Dear Judge Karas:

    I represent the Plaintiff in the above matter. I have spoken to counsel for the Defendant this morning regarding the production of documents that are being sought from Defendant by Plaintiff in support of the Injunctive Relief sought herein, and both counsel agree that given the amount of documentation required, that a joint request to briefly adjourn the hearing presently scheduled for December 17, 2007 is appropriate, and counsel for both parties have agreed that the TRO presently affect should be extended until by Your Honor until the rescheduled hearing.

    I have conveyed this to your Law Clerk this morning who advised that if Your Honor is inclined to grant the above request, that counsel should call your Docket Clerk tomorrow to reschedule the hearing. I have conveyed this to counsel for Defendant and I represent that he has agreed to do so with me tomorrow.

    With the above in mind, it is respectfully requested the hearing scheduled for Monday be adjourned briefly, and that you continue the TRO currently in place until the date of the rescheduled hearing.

    I thank you sincerely for your consideration.

Very Truly Yours,

Brian H. Reis

Cc: Peter Goodrich (Via Fax 914-683-6770)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

*The hearing is adjourned until January 8, 2008, at 10:00*

SO ORDERED

KENNETH M. KARAS U.S.D.J.