LAW OFFICE OF
**BRIAN H. REIS**

80 BROAD STREET- 33rd FLOOR
NEW YORK, NEW YORK 10004

TEL (212) 785-5170
FAX (212) 785-5179
E-MAIL esqkape@aol.com

January 3, 2008

(Via Fax 914-390-4152)
Honorable Judge Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

Re:   Yuly Aronson v. Anthony Branca
      07 CIV 9405

Dear Judge Karas:

   I represent the Plaintiff in the above matter. I have just spoken to counsel for the Defendant this morning regarding the production of documents that are being sought from Defendant by Plaintiff in support of the Injunctive Relief sought herein, and both counsel agree that additional time is required to produce the requested documents. Therefore, both parties respectfully request a brief adjournment of the hearing presently scheduled for January 8, 2008. Counsel for both parties have agreed that the TRO presently in affect should be extended until by Your Honor until the rescheduled hearing.

   I am also authorized to advise that the parties are available for the rescheduled hearing of this matter from January 28, 2008 through February 1, 2008.

Very Truly Yours,

Brian H. Reis

Cc: Peter Goodrich (Via Fax 914-683-6770)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

*The hearing is adjourned until January 29, 2008 at 10 am. On the consent of the parties, the TRO will remain in effect until then.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
1/4/08