LAW OFFICE OF
**BRIAN H. REIS**

80 BROAD STREET- 33rd FLOOR
NEW YORK, NEW YORK 10004

TEL (212) 785-5170
FAX (212) 785-5179
E-MAIL csqkapc@aol.com

January 22, 2008

JAN 2 2 2008

(Via Fax914-390-4152)
Honorable Judge Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

# MEMO ENDORSED —

Re:  Yuly Aronson v. Anthony Branca
07 CIV 9405

Dear Judge Karas:

I represent the Plaintiff in the above matter. I have spoken to counsel for the Defendant last week and this morning regarding the production of documents that are being sought from Defendant by Plaintiff in support of the Injunctive Relief sought herein, and both counsel continue to agree that given the amount of documentation required and the probable need to apply to Your Honor for an Order to produce documents, that a joint request to briefly adjourn the hearing presently scheduled for January 24, 2007 is appropriate. Counsel for both parties have agreed that the TRO presently affect should be extended until by Your Honor until the rescheduled hearing .I have conveyed this to your Law Clerk this morning.

I advise that counsel for the parties are available for the rescheduling of this matter during the last two weeks of February, other than February 26, 2008.

With the above in mind, it is respectfully requested the hearing scheduled for Thursday be adjourned briefly, and that you continue the TRO currently in place until the date of the rescheduled hearing.

I thank you sincerely for your consideration.

Very Truly Yours,

Brian H. Reis

Cc: Peter Goodrich (Via Fax 914-683-6770)

The preliminary injunction hearing will be rescheduled until February 25, 2008, at 10 am.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

SO ORDERED

KENNETH M. KARAS U.S.D.J.

1/24/08