LAW OFFICE OF
**BRIAN H. REIS**

80 BROAD STREET- 33rd FLOOR
NEW YORK, NEW YORK 10004

TEL (212) 785-5170
FAX (212) 785-5179
E-MAIL esqkape@aol.com

February 20, 2008

(Via Fax914-390-4152)
Honorable Judge Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Re:    Yuly Aronson v. Anthony Branca
       07 CIV 9405

Dear Judge Karas:

I represent the Plaintiff in the above matter. I have spoken to counsel for the Defendant yesterday at great length regarding the production of documents that continue to be sought by both parties in support of the positions relating to the TRO that is currently in place, and both counsel have now concluded that Motions to Compel the production of documents requested in subpoena's served upon the parties need to be filed in order to obtain the documents sought. Given the amount of documentation required and the fact that both parties will be filing Motions to Compel, the parties jointly request that Your Honor adjourn the Hearing presently scheduled for February 25, 2008.

I advise that counsel for the parties are available for the rescheduling of this matter during the entire week of April 14 and the entire week beginning April 28, 2008.

With the above in mind, it is respectfully requested the hearing scheduled for next Monday be adjourned, and that you continue the TRO currently in place until the date of the rescheduled hearing.

I thank you sincerely for your consideration.

Very Truly Yours,

Brian H. Reis

*Granted. The hearing is adjourned until April 29, 2008, at 10:00*

Cc: Peter Goodrich (Via Fax 914-683-6770)

SO ORDERED

KENNETH M. KARAS U.S.D.J.
2/20/08