UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

Yuly Aronson,

                Plaintiff(s),            07 Civ. 9405 (KMK) (GAY)

-against-                                 ORDER OF REFERENCE
                                                    TO A MAGISTRATE JUDGE

Anthony Branca,

                Defendant(s).

----------------------------------------------------------X

The above entitled action is referred to the Honorable George A. Yanthis, United States Magistrate Judge for the following purpose(s):

| | |
|---|---|
| √  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement | ____ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ____ Specific Non-Dispositive Motion/Dispute:* _____ _____ | ____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |
| | Purpose:_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ____ Habeas Corpus |
| | ____ Social Security |
| ____ Settlement* | ____ Dispositive Motion (i.e., motion requiring a Report and Recommendation |
| ____ Inquest After Default/Damages Hearing | |
| | Particular Motion:_____ _____ |
| | All such motions:_____ |

* Do not check if already assigned for general pretrial.

Dated: February 25, 2008

SO ORDERED

_____
Hon. Kenneth M. Karas
United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```