LAW OFFICE OF
**BRIAN H. REIS**

80 BROAD STREET- 33rd FLOOR  
NEW YORK, NEW YORK 10004

TEL (212) 785-5170  
FAX (212) 785-5179  
E-MAIL esqkape@aol.com

April 7, 2008

(Via Fax 914-390-4152)  
Honorable Judge George A. Yanthis  
United States District Court  
Southern District of New York  
300 Quarropas Street  
White Plains, NY 10601

**MEMO ENDORSED**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #  _____
DATE FILED: _____
```

    Re:    Yuly Aronson v. Anthony Branca  
           07 CIV 9405

Dear Judge Yanthis:

    I represent the Plaintiff in the above matter. Pursuant to the scheduled set by Your Honor with input from both parties, Defendant was to have submitted his position regarding production of documents sought through a subpoena served by Plaintiff by Friday March 28, 2008 and Plaintiff was to respond to the Defendant's position by today. I received the Response (which contained additional produced documents) via mail on Tuesday April 1, 2008.

    I spoke with counsel for Defendant early this morning and sought his consent to extend the time for Plaintiff to respond through Wednesday April 9, 2008 given the delay in receiving the position papers from Defendant. Counsel for Defendant has kindly agreed and I ask your permission to now provide Plaintiff's response by Wednesday April 9, 2008.

    I appreciate Your Honor's attention to this request.

Very Truly Yours,

Brian H. Reis

*So Ordered.*

4/8/08

Cc: Peter Goodrich (Via Fax 914-683-6770)

1