LAW OFFICE OF
# BRIAN H. REIS

80 BROAD STREET- 33rd FLOOR
NEW YORK, NEW YORK 10004

TEL (212) 785-5170
FAX (212) 785-5179
E-MAIL esqkape@aol.com

April 22, 2008

(Via Fax 914-390-4152)
Honorable Judge Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

   Re: Yuly Aronson v. Anthony Branca
      07 CIV 9405

Dear Judge Karas:

  I represent the Plaintiff in the above matter. The parties jointly seek an adjournment of the Hearing presently scheduled before Your Honor on April 29, 2008. The parties are presently scheduled to confer with Judge Yanthis this week (although due to a scheduling conflict as expressed to the clerk for Judge Yanthis, that conference is likely to be rescheduled for May 15, 2008) in an effort to resolve issues relating to the subpoenas served by the parties in support of the Hearing before Your Honor, and it does not seem that the parties will possess the documents required to prosecute and defend the injunctive relief sought before the hearing date previously set by Your Honor.

  With the above in mind, the parties ask that Your Honor reschedule the date of the Hearing after May 15, 2008, with consideration of some time for the parties to provide documents as "So Ordered" by Judge Yanthis at the May 15, 2008 conference. I am not available for the rescheduled hearing during the week of June 9, 2008 as I am representing a client at a hearing during that week, if Your Honor can take that into consideration.

                Very Truly Yours,

                Brian H. Reis

Cc: Peter Goodrich (Via Fax 914-683-6770)

> The hearing is adjourned until June 4, 2008, at 11:15 am. The TRO presently in effect will remain so until the hearing.
>
> SO ORDERED
> KENNETH M. KARAS, U.S.D.J.
> 4/29/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____