LAW OFFICE OF
# BRIAN H. REIS

80 BROAD STREET- 33rd FLOOR
NEW YORK, NEW YORK 10004

TEL (212) 785-5170
FAX (212) 785-5179
E-MAIL esqkape@aol.com

May 30, 2008

(Via Fax 914-390-4152)
The Honorable George A. Yanthis
United States Magistrate Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

Re: Aronson v. Branca
Index No.: 07 CIV 9405

**MEMO ENDORSED**

Dear Judge Yanthis:

As you may recall, I represent the Plaintiff in this matter. Counsel for the Defendant and I appeared before Your Honor on May 27, 2008 to resolve several issues relating to the production of documents in this matter. The purpose of my correspondence today is to seek clarification of a ruling made by Your Honor as Counsel and I are in complete disagreement as to your decision. Normally, I would have ordered a copy of the Tape Recording of the Order by Your Honor to resolve the matter, but since the Order requires production by June 4, 2008, there is simply not sufficient time to acquire a copy of the tape of the hearing.

With the above in mind, I respectfully ask that your Honor advise in writing the decision relating to the production of the **tax return schedules of Defendant Branca and his corporate entity** for the period specified. It is my specific recollection, and I even asked for clarification again after your decision, that Your Honor directed that Defendant produce those schedules to me and that Counsel for Defendant then submit an affidavit that all the schedules have been produced in that production. Mr. Goodrich does not believe that you directed the production of the schedules to me.

It would greatly facilitate the discovery process if Your Honor could hand down a written clarification of that portion of the Order at this time.

Respectfully,

Brian H. Reis

Cc: Peter Goodrich (Via Fax 914-683-6770)

SO ORDERED:
_____
Hon. George A. Yanthis
United States Magistrate Judge.  6/4/08

*Counsel should order the Tape Recording. Said tape will have what I ordered. This letter was not received in chambers until this date*