**GOODRICH AND BENDISH**
ATTORNEYS AT LAW
399 KNOLLWOOD ROAD
SUITE 303
WHITE PLAINS, N.Y. 10603

(914) 683-8484
FAX: 683-0770
e-mail: law@goodrichandbendish.com

PETER T. GOODRICH
BRUCE P. BENDISH

HON. HOWARD SPITZ
ANNA B. PARKER
OF COUNSEL

June 20, 2008

**VIA FAX 914-390-4095**
The Honorable George A. Yanthis
United States Magistrate Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re: Aronson v. Branca
Case No. 07 CIV 9405

Dear Judge Yanthis:

On Wednesday, the day of Mr. Reis' letter, I was scheduled for and did undergo surgery which required general anesthesia and did not work on that day. I had planned to take some time off, to wit; Friday, June 20, and Monday, June 23, 2008 and have and will do so. In light of the above and the fact that I do not generally litigate by letter, I will respond as directed. This letter is being written without the assistance of my file.

The day following your Honor's discovery conference I met with my client and reviewed his tax returns for the appropriate years and have provided both my affidavit and my client's affidavit as I believe I was directed to do. I have received no discovery from plaintiff or his attorney following your conference although you had directed him to supply numerous items.

Since that conference I have not requested any delays in the deposition of my client. Both requests for delay have come from Mr. Reis.

Mr. Reis should be precluded at this time from any depositions based upon his failure to even attempt to comply with the courts discovery order. Additionally, it would be unfair to

require Mr. Branca to be deposed without the production of the requested and ordered discovery.

I thank the court for its patience in this matter and await any further direction.

Very truly yours,

PETER T. GOODRICH

PTG:vl
cc: VIA FAX 212-759-5179
    Brian Reis