**GOODRICH AND BENDISH**
ATTORNEYS AT LAW
399 KNOLLWOOD ROAD
SUITE 303
WHITE PLAINS, N.Y. 10603

(914) 683-8484
FAX: 683-6770
e-mail: law@goodrichandbendish.com

PETER T. GOODRICH
BRUCE P. BENDISH

HON. HOWARD SPITZ
ANNA B. PARKER
OF COUNSEL

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

July 7, 2008

Via Fax: 914-390-4152
Honorable Judge Kenneth Karas
Westchester County Courthouse
111 Dr. Martin Luther King Jr. Blvd.
White Plains, NY 10601

**MEMO ENDORSED**

Re: Aronson v. Branca
07-CIV-9405

Dear Judge Karas:

Please be advised that I represent the defendant in the above matter. On July 7, 2008 we completed the deposition of Mr. Branca. At that time, Mr. Aronson and Mr. Branca engaged in a conversation following the deposition which both myself and Mr. Reis believe could result in a settlement of this matter without need for the TRO hearing or trial. The matter is presently scheduled for Monday, July 14, 2008 in your court and although it has been delayed extensively in the past both myself and Mr. Reis believe that a final adjournment could result in a settlement without further burden to the court. If the court is amenable to such an adjournment, I will arrange same to a date convenient for the court.

I thank you for your attention to this and await your response.

Very truly yours,

PETER T. GOODRICH

PTG:vl
cc: VIA FAX 212-785-5179
Law Office of Brian H. Reis

*Denied. The Court indicated in its last letter endorsement that there would be no more adjournments.*

SO ORDERED

KENNETH M. KARAS, U.S.D.J.
7/7/08