UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
YULY ARONSON,

                Plaintiff,

-against-

ANTHONY BRANCA,

                Defendant.
----------------------------------------X

**STIPULATION**

Case No. 07 CIV 9405

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that in lieu of conducting a hearing to convert the present TRO to a permanent restraining order, the court will convert the present TRO to a permanent restraining order with the following understanding: that defendant can do or take any actions that will result in the appreciation of any of the properties, can continue to take any steps necessary to protect and develop the properties with the further agreement that any such actions must be approved by plaintiff. Further, that all monies expended for such development or appreciation will be the exclusive funds of defendant. All requests for approval must be in writing and faxed to and received by plaintiff's attorney at least 5 business days prior to taking the action requested. In the event plaintiff expends any funds with respect to the above, he must maintain a record of all expenditures with back up documents. *The Clerk is to terminate any pending motions.*

Dated: July 10, 2008 White Plains, New York

SO ORDERED this 18th day of July, 2008

_____
Honorable Kenneth M. Karas