LAW OFFICE OF
**BRIAN H. REIS**

80 BROAD STREET- 33rd FLOOR
NEW YORK, NEW YORK 10004

TEL (212) 785-5170
FAX (212) 785-5179
E-MAIL esqkape@aol.com

July 30, 2008

(Via Fax 914-390-4152)
Honorable Judge Kenneth M. Karas
United States District Court-Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

Re:   Yuly Aronson v. Anthony Branca
      07 CIV 9405

Dear Judge Karas:

I represent the Plaintiff in the above matter. As you are aware, the parties to this action stipulated that the TRO be changed to a Permanent Injunction, and Your Honor has So Ordered that change.

As Your Honor may also recall, as part of the TRO application, my client was Ordered to Post a bond pending a decision by Your Honor regarding the TRO. Now that the relief has changed from being a TRO to a Permanent Injunction, I respectfully request ask that Your Honor So Order the release of the Bond money back to my client.

Very Truly Yours,

Brian H. Reis

Cc: Peter Goodrich, Esq.

Bond is released.

So Ordered.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____