```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
YULY ARONSON,                              :   Case No.: 07 CIV 9405
                                           :   (KMK)
                      Plaintiff,           :
-against-                                  :   MOTION FOR
                                           :   CIVIL CONTEMPT
                                           :
                                           :
                                           :
ANTHONY BRANCA,                            :
                                           :
                      Defendant.           :
---------------------------------------------------------------x
```

### Plaintiff's Motion for Civil Contempt

**PLEASE TAKE NOTICE**, that the Plaintiff, YULY ARONSON will, upon the associated Memorandum of Law and all papers heretofore had herein, move this Court, before the Hon. Kenneth M. Karas, at a time and place to be set by the Court, for an Order, which finds the Defendant, ANTHONY BRANCA, to be in civil contempt of an Order of this Court; to wit: a Rule 65(b) Temporary Restraining Order dated November 28, 2008 (and continuing thereafter by further orders). The violation of such Order occurred on/about April 2008 wherein Defendant violated said Order by selling an asset of Windward Holdings Corp. (38 Seneca Street, Ocean Bay Park, NY) without the permission or authority of this Court. In addition to an Order finding Defendant in civil contempt, the Plaintiff also seeks costs and reasonable attorneys' fees for this motion, and such other and further relief as this Court deems just and proper. There has been no prior request for the relief sought.

continued

Dated: August 8, 2008
       New York, NY                Respectfully submitted,

                                            _____
                                            Andrew Small, Esq. (AS-1294)
                                            **Attorney for Plaintiff**
                                            Brian Reis, P.C.
                                            80 Broad St. 33rd Floor
                                            New York, NY 10004
                                            **Direct Dial: 212.983.0921**
                                            **Direct Fax: 212.656.1037**
                                            Email: abslawyer@comcast.net


To:
**Attorney for Defendant**
Peter Goodrich, Esq.
Goodrich & Bendish
399 Knollwood Road, Ste. 303
White Plains, NY 10603

2