UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
YULY ARONSON,                                          :
                                                      :
                Plaintiff                             :
                                                      :    **Case No.: 07 CIV 9405**
-Against-                                              :
                                                      :    (KMK)
ANTHONY BRANCA,                                        :
                                                      :
                                                      :    **Certificate of Service**
                                                      :
                Defendant.                            :
-------------------------------------------------------------x

The undersigned served Plaintiff's Motion for Civil Contempt upon the Attorney for the

Defendant, Anthony Branca: Peter Goodrich, Esq., Goodrich & Bendish 399 Knollwood

Road, Ste. 303, White Plains, NY 10603, on August 8, 2008 via facsimile at

914.683.6770, which is the number for the aforementioned counsel and for which a

record of successful transmission was duly made at the time of transmission, *and also* on

August 11, 2008 via First Class Mail at the foregoing address.


Dated:  August 11, 2008
        New York, NY

_____
Andrew Small, Esq. (AS-1294)
**Attorney for Plaintiff**
c/o Law Office of Brian Reis
80 Broad St. 33rd Floor
New York, NY 10004
Dir. Tel. 212.983.0921
Fax 212.656.1037
Mobile: 917.445.0495
E-mail: ABSLawyer@comcast.net