**Law Office of Brian Reis**
80 Broad St. 33rd Floor
**New York, NY 10004**
Direct Tel. 212.983.0921
Direct Fax 212.656.1037
Mobile: 917.445.0495
E-mail: ABSLawyer@comcast.net

```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____       │
│ DATE FILED: _____   │
└─────────────────────────────┘
```

<u>VIA FACSIMILE 914-390-4152</u>
Honorable Judge Kenneth M. Karas
United States District Court.
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   Aronson v. Branca
      Case No. 07 CIV 9405 (KMK)

Dear Judge Karas:

On behalf of Plaintiff, I have just filed a Motion for Civil Contempt against the Defendant, along with the associated memorandum of law and exhibits. I respectfully requested a briefing schedule and hearing date for the motion as set forth therein.

Thank you for your attention to this matter.

Very truly yours,

Andrew Small, Esq. (AS-1294)

Cc:   Via Facsimile 914.683.6770
      **Attorney for Defendant**
      Peter Goodrich, Esq.
      Goodrich & Bendish
      399 Knollwood Road, Suite 303
      White Plains, New York 10603

[Handwritten note by Judge:]
(Doc #38)
Motion is denied, without prejudice, for failure to comply with the Court's Individual Practices.

So ordered
[signature]
8/8/08