Leonard Benowich (LB-6129)
BENOWICH LAW, LLP
1025 Westchester Avenue
White Plains, NY 10604
(914) 946-2400
leonard@benowichlaw.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| YULY ARONSON | 07 Civ. 9405 (KMK) (GAY) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| -against- | |
| ANTHONY BRANCA, | |
| Defendant. | |

-------------------------------------------------------x

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant in the above-captioned action, and respectfully requests that all papers, correspondence and communications in the within proceeding be directed to and served upon the undersigned at the address indicated above.

Dated: September 10, 2008          **BENOWICH LAW, LLP**

By: /s/ _____
Leonard Benowich (LB-6129)
1025 Westchester Avenue
White Plains, NY 10604
(914) 946-2400
leonard@benowichlaw.com

Attorneys for Defendant